# Order

Michigan Supreme Court
**Lansing, Michigan**

May 27, 2014

149160 & (14)(15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

IN re FORFEITURE OF $59,760.

_____

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

                SC: 149160
                COA: 320261
                Wayne: 13-007932-CF

$59,760.00 U.S. CURRENCY,
     Defendant-Property,

and

ANDRE HUNTER,
     Claimant-Appellant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 14, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



                Clerk

p0519